DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile:  (415) 705-3379

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-34515 DM 7 |
| | Chapter 7 |
| RICARDO UDARBE TOLENTINO and | |
| JOSEPHINE LACTAO TOLENTINO, | Hearing |
| | Date: June 3, 2011 |
| | Time: 10:00 a.m. |
| | Place: Hon. Dennis Montali |
| | 235 Pine Street, Courtroom 22 |
| Debtors. | San Francisco, California |

**DECLARATION OF ANKEY TO IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. §§ 707(b)(1) AND (b)(3)**

I, Ankey To, declare:

1.     I am a paralegal specialist for August B. Landis, Acting United States Trustee for the Northern District of California. I am employed by the Office of the U.S. Trustee in the San Francisco field office at 235 Pine Street, Suite 700, San Francisco, California.

2.     I make this declaration based on my own personal knowledge of the facts of this matter, if called upon would and could testify to the following.

3.     At the request of the trial attorney assigned to this case, Julie M. Glosson, I reviewed the bankruptcy documents filed by Debtors and produced to the U.S. Trustee to determine whether Debtors have the ability to pay creditors.

4.     Based upon my review and analysis and in consultation with Ms. Glosson, I prepared the spreadsheet marked as **Exhibit 1** and attached hereto. Exhibit 1 reflects Schedule I and J and

DECLARATION A. TO IN SUPPORT OF UST'S MOTION TO DISMISS: 10-34515 - 1 -

amendments filed by Debtors shown in the second and third column, and with the final column on the right side containing the adjustments I made.

     5.    The adjustments are as follows:

**Schedule I**

Insurance – Debtors claimed $77 on the original Schedule I and $134 on amended Schedule I. Based upon documents provided, the amount is adjusted to $0.

401K and 401K Loans – Debtors reported they are paying $594 per month towards the repayment of a retirement loan and contributing $600 per month to 401K retirement savings. I adjusted these amounts to $0.

The adjustments yielded net monthly income of $7,479.

**Schedule J**

Rent/Mortgage – Debtors claimed $3,559 on amended Schedule J. I adjusted this amount to $3,000.

Electricity & heating fuel – Debtors claimed $150 and increased it to $373 on amended Schedule J. Based upon documents provided to the U.S. Trustee, this amount was adjusted to $200/mo.

Water – Debtors claimed $38 on both the original and amended Schedule J, however, based upon documents, this amount was adjusted to $20/mo.

Clothing – Debtors claimed $100 on Schedule J and doubled it to $200 on Amended Schedule J. I adjusted this to $100.

Life insurance – Debtors did not claim an expense for life insurance on Schedule J but claimed $295 on Amended Schedule J. I adjusted this to $253 based upon documents.

Auto insurance – Debtors initially claimed nothing for auto insurance but increased it to $250 on Amended Schedule J. I adjusted this expense to $150 based upon documents produced.

Other: gasoline – Debtors claimed $280 for transportation expense and no additional amounts for gasoline on their Schedule J, but amended Schedule J to add $800 for gasoline expense above the $280 for transportation. This amount was reduced to $275 based upon actual receipts.

Tuition for children – Debtors claimed a total amount of $2,750 ($1,650 + $1,100) for college expenses for two adult children - 22 and 18 years of age - attending UC Irvine and University of Santa Clara. Debtors also claimed $750 for private school tuition for their youngest daughter. These amounts were reduced to $0.

Tuition for nursing school – Debtors claimed $750 for Mrs. Tolentino nursing school tuition. This amount was reduced to $0.

The adjustments yielded net monthly expenses $6,261.

     6.    Based upon the aforementioned adjustments, Debtors have net monthly disposable

income of $1,099 available to pay creditors.

    I declare under penalty of perjury that the foregoing statements are true and correct, and, if called upon to testify thereon as a witness, I would be competent to so testify. Executed this 6th day of May, 2011, at Richmond, California.

                                      /s/ Ankey To
                                      Ankey To
                                      Paralegal Specialist



**EXHIBIT 1**

Ricardo and Josephine Tolentino
Chapter 7 Case #10-34515
Schedule I & J Analysis

| Item | Sched I & J Income/Expense Per Debtor | Amended Sched I & J Income/Expense Per Debtor | UST Income & Expenses (Adjusted) |
|---|---|---|---|
| **Income** | | | |
| Monthly Income | $10,359 | $10,359 | $10,359 |
| Payroll Taxes | $2,598 | $2,802 | $2,802 |
| Insurance | $77 | $134 | $0 |
| Union Dues | $49 | $78 | $78 |
| 401K | $805 | $600 | $0 |
| 401K Loan | $475 | $595 | $0 |
| 401K/TSR | $57 | $0 | $0 |
| 401K Loan | $50 | $0 | $0 |
| CA SDI | $0 | $0 | $0 |
| Net Monthly Take Home Pay | $6,249 | 6,150 | 7,479 |
| Income from Real Property | $1,125 | $0 | $0 |
| Average Monthly Income | $7,374 | 6,150 | 7,479 |
| **Expenses** | | | |
| Rent | $3,686 | $3,559 | *$3,000* |
| Housing, Utilities: | | | |
|   Electricity & Heating Fuel | $150 | $373 | *$200* |
|   Water | $38 | $38 | *$20* |
|   Telephone | $28 | $240 | $240 |
|   Cable and Internet | $120 | $120 | $120 |
| Home Maintenance | $75 | $75 | $75 |
| Food | $600 | $752 | $752 |
| Clothing | $100 | $200 | *$100* |
| Laundry and dry cleaning | $0 | $30 | $30 |
| Medical and dental expenses | $0 | $25 | $25 |
| Transportation | $280 | $280 | $280 |
| Recreation | $100 | $100 | $100 |
| Homeowner's Insurance | $58 | $58 | $58 |
| Life Insurance | $0 | $295 | *$253* |
| Auto Insurance | $0 | $250 | *$150* |
| Residence Property Tax | $533 | $533 | $533 |
| Rental Propoerty Mortgage | $3,000 | $0 | *$0* |
| Toiletries and Hygiene Items | $50 | $50 | $50 |
| Tuition/Food/Board - UC Irvine | $0 | $1,650 | *$0* |
| Tuition - Santa Clara Univeristy | $0 | $1,100 | *$0* |
| Tuition - St. Ignatius | $0 | $750 | *$0* |
| Spouse's Nursing School Tuition | $0 | $750 | *$0* |
| Gas | $0 | $800 | *$275* |
| Total Monthly Expenses | $8,818 | $12,028 | $6,261 |
| Gross Monthly Disposable Income | -$1,444 | -$5,878 | $1,218 |
| Chapter 13 Admin Exp (9.8%) | -$141 | -$576 | $119 |
| **Net Monthly Disposable Income** | **-$1,302** | **-$5,302** | **$1,099** |
| Net Dividend to Creditors over 60 Months | -$78,141 | -$318,123 | $65,927 |
| Schedule F Debt | $115,013 | $115,013 | $115,013 |
| **Dividend %:** | **-68%** | **-277%** | **57%** |

Prepared By: A. To
I&J Analysis FINAL Tolentino.xls
5/6/2011