| | |
|---|---|
| 1 | DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)<br>JULIE M. GLOSSON, Trial Attorney (#230709) |
| 2 | U.S. Department of Justice<br>Office of the United States Trustee |
| 3 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 705-3333<br>Facsimile: (415) 705-3379 |

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

In re                                                    )   Case No. 10-34515 DM 7
                                                         )
RICARDO UDARBE TOLENTINO and    )   Chapter 7
JOSEPHINE LACTAO TOLENTINO,    )
                                                         )   Date: June 3, 2011
            Debtors.                                )   Time: 10:00 a.m.
                                                         )   Place: Hon. Dennis Montali
                                                         )             235 Pine Street, Courtroom 22
_____  )             San Francisco, California

### DECLARATION OF JULIE M. GLOSSON IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. §§ 707(b)(1) AND (b)(3)

I, Julie M. Glosson, declare:

1. I am a trial attorney for August B. Landis, Acting United States Trustee for the Northern District of California. I am employed by the Office of the U.S. Trustee in the San Francisco field office at 235 Pine Street, Suite 700, San Francisco, California.

2. I make this declaration based on my own personal knowledge of the facts of this matter, if called upon would and could testify to the following.

3. On or about March 10, 2011, the debtors appeared before for me an examination pursuant to Rule 2004. Each gave testimony under oath. The debtors' attorney, Melissa Sargeant, was present for the examination. The debtors testified to the following. A transcript of the recording of this examination can be made available upon request.

4. The debtors obtained a loan modification on their rental property at 223 Hazelwood just prior to this bankruptcy filing. The modification resulted in an adjustment of the monthly payment to

- 1 -

$3,000. This property is currently rented at $1,200 per month, however, the tenants were approximately one and one-half months behind as of March 10, 2011. The debtors have not paid the mortgage on the rental property in more than one year and have not made a payment since the modification.

5. The debtors have an application for modification pending with the holder of the first deed of trust on their residence. The debtors have not made a payment on this property in more than one year.

6. The debtors explained that it is there preference to remain in their residence if they are able to secure a modification of the obligation. If not, as an alternative, they would retain and move to the rental property.

7. Mrs. Tolentino explained that she decided to study to become a registered nurse after her residential care facility closed last year. She expects to graduate at the end of this year.

8. The debtors have three daughters; two are in college and the debtors pay their tuition and other related expenses. The youngest attends St. Ignatius High School, and although they are obligated to pay $750 per month in tuition expenses, they have not paid this expense since March, 2010.

9. Prior to this examination, I also reviewed their testimony given at the meeting of creditors on or about December 22, 2010. There, the debtors testified that they had not made the mortgage payment on either their residence or their rental in more than one year.

I declare under penalty of perjury that the foregoing statements are true and correct, and, if called upon to testify thereon as a witness, I would be competent to so testify. Executed this 5th day of May, 2011, at San Francisco, California.

/s/
Julie M. Glosson
Trial Attorney