MELISSA H SARGEANT
HI BAR No. 6202
SARGEANT LAW GROUP
503 Seaport Court, Suite 105
Redwood City, California 94063
TEL: (650) 596-8144
FAX: (650) 299-9959
sargelaw@earthlink.net

Attorney for Debtors
Ricardo and Josephine TOLENTINO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No.: 10-34515 DM |
| | ) |
| **RICARDO and JOSEPHINE TOLENTINO** | ) |
| | ) **OPPOSITION TO MOTION TO DISMISS** |
| | ) |
| | ) Hearing: July 1, 2011 |
| | ) Time: 10:00am |
| | ) Courtroom: 22 |
| | ) Hearing Judge: Hon. Dennis Montali |
| | ) |

Comes now Debtors, Ricardo and Josephine Tolentino ("Debtors") opposition to Acting United States Trustee's ("UST") motion to dismiss.

## I. INTRODUCTION

Mr. Tolentino, 56 years old, trained as a physician in the Philippines is employed by Kaiser Permanente as a Lab Manager. He works extremely hard to provide for his family of five, taking as many overtime hours as are available. Mrs. Tolentino, 52 years old, is currently attending nursing school in hopes of finding gainful employment. She has not been employed since she lost her senior care facility in Redwood City, CA. Their youngest, daughter, Angela, is finishing up her secondary education at St. Ignatius Prepatory in San Francisco. Daughter, Rosalie, is currently a student at Santa Clara University. She lives at home and commutes to Santa Clara to save on expenses. Finally, their oldest daughter, Jari

Opposition to Motion to Dismiss

Lee attends the University of California-Irvine. A review of the Debtors' expenses shown on Amended schedule J shows that the family lives on a very lean budget.

The UST's office contacted Debtors' attorney and requested that the case be converted to a Chapter 13. Debtors believe that their amount of secured debt puts them over the debt limit for a chapter 13 and that a chapter 7 was appropriate.

The UST attorneys contend that such measures as suspending retirement contributions and adjusting actual expenses will provide excess income to pay creditors. Debtors believe that these expenses are not only necessary and allowable but that the suspension would cause Debtors to become public charges in their retirement years which are rapidly approaching.

## II.    ARGUMENT

The UST argues that the totality of the circumstances under §707(b)(3) requires debtor to suspend contributing to his retirement and repaying their 401(K) loans in favor of paying his unsecured creditors for up to five years in chapter 13. UST also argues that actual expenses could be cut to allow payment to unsecured creditors. Debtors respond in the order presented.

**1. Debtors are not preferring their children over unsecured creditors by paying for their health and welfare**.

The Tolentino family is very similar to the family in the case In re Cleary, 357 BR 369 – (Bankr. Court, D. South Carolina 2006). The court in the Cleary case held that expenditures for private school tuition are reasonable and necessary expenses and not subject to the BAPCPA $1,500 per year limit. The Tolentino family are devout Catholics. They stated during the 2004 examination that their older daughters also attended St. Ignatius. The family has made sacrifices and the father works extra hours in the attempt to pay for the unique and outstanding education offered by St. Ignatius. Following Cleary, the St. Ignatius tuition expense is reasonable.

Mrs. Tolentino is currently studying to be a nurse. The nursing school tuition has been shown as an expense on Amended Schedule J. The court states In re Egebjerg, 574 F.3d 1045, (9th Cir. 2009) "The IRS defines a necessary expense as one that provides for the health and welfare of the (debtor) and/or his

Case: 10-34515   Doc# 36   Filed: 06/17/11   Entered: 06/17/11 11:52:18   Page 2 of 26

or her family or (provides) for the <u>production of income</u>." The UST states in their complaint: "The debtors have elected to improve their future financial situation by obtaining an advanced degree.

The U.S. Department of Labor's ***Occupational Outlook Handbook, 2010-11 Edition*** states the job outlook for nurses is <u>excellent</u>.

> "Employment of RNs is expected to grow much faster than the average and, because the occupation is very large, 581,500 new jobs will result, among the largest number of new jobs for any occupation. Additionally, hundreds of thousands of job openings will result from the need to replace experienced nurses who leave the occupation." (Exhibit 1)

Given our current economic conditions, it is remarkable that at least one field has an excellent prognosis. The nursing school tuition is a necessary expense as it will provide for the production of income.

Dependant/daughter, Jari-Lee's living expenses should be allowded as §707(b)(2)(A)(ii)(ll) allows reasonable and necessary expenses for dependents of the debtor who are unable to pay for such. As a full time college student, if is near impossible for Debtor's daughter to pay her room and board expenses of $1,100 per month. Even if she were employed part-time, she would not be able to meet such expenses. The court <u>In re Featherston</u>, No. 07-60296, 2007 Bankr. LEXIS 4578 (Bankr. D. Mont. Sept. 28, 2007) while not allowing college expenses in a Chapter 13 means test case; states that the dependant was not shown as one on the Debtors tax return and that the outcome may have been different had that been the case. In this case, Debtors' have claimed the dependent student on their 2010 Federal Tax return. (Exhibit 2)

### 2. <u>Debtor Should Be Permitted To Include Contributions To His Retirement Plan.</u>

Debtors' less than 6% contribution to his 401(k) is both permissible and prudent. The merits of retirement contributions must be reviewed on a case-by-case basis. <u>Hebbring</u>, 463 F.3d 902 (9th Cir. 2006). "Courts must allow debtors to seek bankruptcy protection while voluntarily saving for retirement if such savings appear reasonably necessary for the maintenance or support of the debtor or the debtor's dependents." Id. Factors used to determine whether retirement contributions are permissible include "(1)

the debtor's age, (2) income, (3) overall budget, (4) expected date of retirement, (5) existing retirement savings, and (6) amount of contributions; (7) the likelihood that stopping contributions will jeopardize the debtor's fresh start by forcing the debtor to make up lost contributions after emerging from bankruptcy; and (8) the needs of the debtor's dependents. Hebbring, 463 at 905.

An examination of each factor shows that Debtor's contribution is reasonable. Indeed, a 10% voluntary 401(k) deduction has been deemed reasonable in a case involving a 56-year old divorced man whose family, if any, was presumably grown. In re Mills, 246 B.R. 395 (S.D. Cal. 2000). (1) Here Debtor is also 56 years old and well over half-way to retirement. (2) His income is $115,000 with the ability and expectation of promotions nonexistent, given that he has reached the peak of his employment opportunities in his field. (3) Debtors' budget demonstrates no spending on luxury items. (4) Debtor would like to retire at age 65, an age typically considered retirement age. (5) Debtor had $78,929 in his retirement at the time of filing. Given his current age and expected retirement age, this amounts to nearly nothing for retirement. (6) Debtor contributes less than 6% toward retirement. Courts have allowed far more. (7) Certainly ceasing contributions will compromise Debtor's fresh start because he would not be able to contribute to his retirement for five years under the UST's approach, i.e., the Debtor would restart when he was 61 years old after completing a chapter 13 reorganization and repayment. (8) Debtor's dependents also will require substantial amounts as Mrs. Tolentino does not have any money to contribute towards retirement at this time.

Debtors' 401(k) contributions are not excessive. Debtors have been allowed to contribute as much as 10% of their income toward retirement, In re Ng Case No. 08-31512 (N.D. Cal. 2008) If the UST is successful in compounding Debtor's inability to save by precluding him from repaying his current 401(k) loans and suffering the penalties that flow from this, it is doubtful that he could retire before he expires.

### 3. Debtor Should Be Able To Include His 401(k) Repayments As An Expense on Schedules I & J.

Opposition to Motion to Dismiss

Page 4

The UST argues that Debtors should not be allowed to use his repayment to his 401(k) loan as an expense on Schedules I & J. The UST cites Egebjerg v. Anderson (In re Egebjerg), 574 F.3d 1045 (2009) for this proposition. Egebjerg applied only to repayments taken as deductions on the means test in chapter 7. It did not apply its holding to Schedules I & J. Indeed, Egebjerg conceded that "there may be situations in which the debtor's underlying reason for taking out a 401(k) loan may constitute a special circumstance" on the means test. In re Egebjerg, 574 F.3d at 1053. If repayments can qualify as a special circumstance on the means test, it would be nonsensical to wholly exclude it as an expense on Schedules I & J, especially given that I & J are intended to correspond to reality. Debtors' 401(k) loan repayment of $594 per month is not unreasonable.

Debtors will also be severely penalized if he cannot repay his 401(k) loans. Loans taken against a qualified retirement account are treated as a distribution. 26 U.S.C. § 72(p)(l)(A). Such loans must be repaid within five years. 26 U.S.C. § 72(p)(2)(B). Should the taxpayer fail to repay this loan in a timely fashion "the taxpayer's tax under this chapter for the taxable year in which such amount is received shall be increased by an amount equal to 10 percent of the portion of such amount which is includible in gross income." 26 U.S.C. § 72(q)(l). If Debtor is to suspend repayment to his 401 (k) loan, he would have to pay the IRS income taxes and additional penalties.

Moreover, under the terms of the 401 (k) loan truth-in-lending disclosures; Debtor is liable for collections and attorneys' fees if he fails to pay, and the lender is forced to recover the funds from Debtor.

**4.      Debtors' Mortgage Expense is correct and proper**.

Debtors' have been informed by Wachovia that they are again approved for the loan modification offered in June of 2010 on their primary residence located at 2616 Tipperary Ave. South San Francisco. The monthly payment as shown on the offer is $3,559.09 per month. (Exhibit 3) Debtors' did not include the mortgage expense on Schedule J for the rental property nor did they include any rental income on Schedule I as they intend to surrender the rental property and the tenants have not been paying rent.

**5.      Actual Expenses**

**Schedule I:**

Insurance- the insurance listed on line 4b, is the CA SDI deduction from Debtor's paycheck. CA SDI is an allowable expense.

**Schedule J:**

Auto Insurance- Debtor submitted evidence of auto insurance premiums of $1097 and $685 for two six month polices. This amounts to a monthly expense of $297. Debtor had scheduled $250. (Exhibit 4)

Life Insurance – UST is correct amount is $253/month rather than $295.

Clothing- the IRS National standard for clothing for a family of 4 is $244/month. Debtors scheduled $200.

Water- UST is correct water is $20/month. Debtors listed $38/month.

PG&E-Submitted PG&E statements show expense consistently exceeding $200/month. (Exhibit 5)

Gas- Debtors were not in the habit of routinely saving gas receipts. However, they submitted receipts for April 1 to April 5, 2011 showing $210 spent. This is consistent with a monthly expense of $800 for gasoline; with Gas exceeding $4 per gallon, this is not an unreasonable amount. (Exhibit 6)

**IV. CONCLUSION**

The UST's approach to expenses that may be taken on Schedules I & J either lacks any authority for support, or represents an attempt by the UST to take inapt authority and expand it to conform to a punitive approach toward bankruptcy inconsistent with reality. Accordingly, Debtors respectfully request that the Court deny the UST's motion to dismiss.

Dated: June 15, 2011                           By: Melissa Sargeant /s/

                                               Attorney for Debtors/Respondents

                                               Ricardo and Josephine Tolentino

Opposition to Motion to Dismiss

CERTIFICATE OF MAIL SERVICE

I, the undersigned, declare:

I am over the age of eighteen years, a U S Citizen and not a party to the within proceeding Bankruptcy Case No. **10-34515.** My address is 503 Seaport Ct. Ste. 105 Redwood City, CA 94063

On June 16, 2011 at Redwood City, California I served a true and correct copy of the Opposition to Motion for to Dismiss on the persons and entities listed below by Electronic E-mail in the ECF System:

Office of the United States Trustee
Trustee E. Lynn Schoenmann

Chambers copy mailed to The Hon. Dennis Montali.

I declare under penalty of perjury that the foregoing is true and correct.

_Melissa H Sargeant_    /s/
Melissa H. Sargeant

Opposition to Motion to Dismiss

A to Z Index | FAQs | About BLS | Contact Us      Subscribe to E-mail Updates

GO

What's New | Release Calendar | Site Map

Search BLS.gov

Q

Home | Subject Areas | Databases & Tools | **Publications** | Economic Releases | Beta

# Occupational Outlook Handbook, 2010-11 Edition

FONT SIZE — + PRINT

## Registered Nurses

(PDF)

**OOH HOME**

**INDEX**

**OVERVIEW OF THE 2008-18 PROJECTIONS**

MANAGEMENT

PROFESSIONAL

SERVICE

SALES

ADMINISTRATIVE

FARMING

CONSTRUCTION

INSTALLATION

PRODUCTION

TRANSPORTATION

ARMED FORCES

SPECIAL FEATURES

**SEARCH OOH**

Go

Nature of the Work

Training, Other Qualifications, and Advancement

Employment

Job Outlook

Projections

Earnings

Wages

Related Occupations

Sources of Additional Information

NEW

**PREVIEW AN OCCUPATIONAL PROFILE FOR THE NEW OOH**

See a new and improved profile designed with YOU in mind

TRY IT & RATE IT!

**RELATED LINKS:**

## Significant Points

Registered nurses (RNs) constitute the largest healthcare occupation, with 2.6 million jobs.

About 60 percent of RN jobs are in hospitals.

The three typical educational paths to registered nursing are a bachelor's degree, an associate degree, and a diploma from an approved nursing program; advanced practice nurses—clinical nurse specialists, nurse anesthetists, nurse-midwives, and nurse practitioners—need a master's degree.

Overall job opportunities are expected to be excellent, but may vary by employment and geographic setting; some employers report difficulty in attracting and retaining an adequate number of RNs.

## Nature of the Work

About this section

*Registered nurses (RNs)*, regardless of specialty or work setting, treat patients, educate patients and the public about various medical conditions, and provide advice and emotional support to patients' family members. RNs record patients' medical histories and symptoms, help perform diagnostic tests and analyze results, operate medical machinery, administer treatment and medications, and help with patient follow-up and rehabilitation.

RNs teach patients and their families how to manage their illnesses or injuries, explaining post-treatment home care needs; diet, nutrition, and exercise programs; and self-administration of medication and physical therapy. Some RNs may work to promote general health by educating the public on warning signs and symptoms of disease. RNs also might run general health screening or immunization clinics, blood drives, and public seminars on various conditions.

When caring for patients, RNs establish a care plan or contribute to an existing plan. Plans may include

OOH REPRINTS

HOW TO ORDER A COPY

TEACHER'S GUIDE

OOH FAQS

**ADDITIONAL LINKS:**

CAREER GUIDE TO
INDUSTRIES

CAREER ARTICLES FROM
THE OOQ

EMPLOYMENT PROJECTIONS

numerous activities, such as administering medication, including careful checking of dosages and avoiding interactions; starting, maintaining, and discontinuing intravenous (IV) lines for fluid, medication, blood, and blood products; administering therapies and treatments; observing the patient and recording those observations; and consulting with physicians and other healthcare clinicians. Some RNs provide direction to licensed practical nurses and nursing aides regarding patient care. (See the statements on licensed practical and licensed vocational nurses; nursing and psychiatric aides; and home health aides elsewhere in the *Handbook*). RNs with advanced educational preparation and training may perform diagnostic and therapeutic procedures and may have prescriptive authority.

Specific work responsibilities will vary from one RN to the next. An RN's duties and title are often determined by their work setting or patient population served. RNs can specialize in one or more areas of patient care. There generally are four ways to specialize. RNs may work a particular setting or type of treatment, such as *perioperative nurses*, who work in operating rooms and assist surgeons. RNs may specialize in specific health conditions, as do *diabetes management nurses*, who assist patients to manage diabetes. Other RNs specialize in working with one or more organs or body system types, such as *dermatology nurses*, who work with patients who have skin disorders. RNs may also specialize with a well-defined population, such as *geriatric nurses*, who work with the elderly. Some RNs may combine specialties. For example, *pediatric oncology nurses* deal with children and adolescents who have cancer. The opportunities for specialization in registered nursing are extensive and are often determined on the job.

There are many options for RNs who specialize in a work setting or type of treatment. *Ambulatory care nurses* provide preventive care and treat patients with a variety of illnesses and injuries in physicians' offices or in clinics. Some ambulatory care nurses are involved in telehealth, providing care and advice through electronic communications media such as videoconferencing, the Internet, or by telephone. *Critical care nurses* provide care to patients with serious, complex, and acute illnesses or injuries that require very close monitoring and extensive medication protocols and therapies. Critical care nurses often work in critical or intensive care hospital units. *Emergency*, or *trauma*, *nurses* work in hospital or stand-alone emergency departments, providing initial assessments and care for patients with life-threatening conditions. Some emergency nurses may become qualified to serve as *transport nurses*, who provide medical care to patients who are transported by helicopter or airplane to the nearest medical facility. *Holistic nurses* provide care such as acupuncture, massage and aroma therapy, and biofeedback, which are meant to treat patients' mental and spiritual health in addition to their physical health. *Home healthcare nurses* provide at-home nursing care for patients, often as follow-up care after discharge from a hospital or from a rehabilitation, long-term care, or skilled nursing facility. *Hospice and palliative care nurses* provide care, most often in home or hospice settings, focused on maintaining quality of life for terminally ill patients. *Infusion nurses* administer medications, fluids, and blood to patients through injections into patients' veins. *Long- term care nurses* provide healthcare services on a recurring basis to patients with chronic physical or mental disorders, often in long-term care or skilled nursing facilities. *Medical-surgical nurses* provide health promotion and basic medical care to patients with various medical and surgical diagnoses. *Occupational health nurses* seek to prevent job-related injuries and illnesses, provide monitoring and emergency care services, and help employers implement health and safety standards. *Perianesthesia nurses* provide preoperative and postoperative care to patients undergoing anesthesia during surgery or other procedure. *Perioperative nurses* assist surgeons by selecting and handling instruments, controlling bleeding, and suturing incisions. Some of these nurses also can specialize in plastic and reconstructive surgery. *Psychiatric-mental health nurses* treat patients with personality and mood disorders. *Radiology nurses* provide care to patients undergoing diagnostic radiation procedures such as ultrasounds, magnetic resonance imaging, and radiation therapy for oncology diagnoses. *Rehabilitation nurses* care for patients with temporary and permanent disabilities. *Transplant nurses* care for both transplant recipients and living donors and monitor signs of organ rejection.

RNs specializing in a particular disease, ailment, or healthcare condition are employed in virtually all

work settings, including physicians' offices, outpatient treatment facilities, home healthcare agencies, and hospitals. *Addictions nurses* care for patients seeking help with alcohol, drug, tobacco, and other addictions. *Intellectual and developmental disabilities nurses* provide care for patients with physical, mental, or behavioral disabilities; care may include help with feeding, controlling bodily functions, sitting or standing independently, and speaking or other communication. *Diabetes management nurses* help diabetics to manage their disease by teaching them proper nutrition and showing them how to test blood sugar levels and administer insulin injections. *Genetics nurses* provide early detection screenings, counseling, and treatment of patients with genetic disorders, including cystic fibrosis and Huntington's disease. *HIV/AIDS nurses* care for patients diagnosed with HIV and AIDS. *Oncology nurses* care for patients with various types of cancer and may assist in the administration of radiation and chemotherapies and follow-up monitoring. *Wound, ostomy, and continence nurses* treat patients with wounds caused by traumatic injury, ulcers, or arterial disease; provide postoperative care for patients with openings that allow for alternative methods of bodily waste elimination; and treat patients with urinary and fecal incontinence.

RNs specializing in treatment of a particular organ or body system usually are employed in hospital specialty or critical care units, specialty clinics, and outpatient care facilities. *Cardiovascular nurses* treat patients with coronary heart disease and those who have had heart surgery, providing services such as postoperative rehabilitation. *Dermatology nurses* treat patients with disorders of the skin, such as skin cancer and psoriasis. *Gastroenterology nurses* treat patients with digestive and intestinal disorders, including ulcers, acid reflux disease, and abdominal bleeding. Some nurses in this field also assist in specialized procedures such as endoscopies, which look inside the gastrointestinal tract using a tube equipped with a light and a camera that can capture images of diseased tissue. *Gynecology nurses* provide care to women with disorders of the reproductive system, including endometriosis, cancer, and sexually transmitted diseases. *Nephrology nurses* care for patients with kidney disease caused by diabetes, hypertension, or substance abuse. *Neuroscience nurses* care for patients with dysfunctions of the nervous system, including brain and spinal cord injuries and seizures. *Ophthalmic nurses* provide care to patients with disorders of the eyes, including blindness and glaucoma, and to patients undergoing eye surgery. *Orthopedic nurses* care for patients with muscular and skeletal problems, including arthritis, bone fractures, and muscular dystrophy. *Otorhinolaryngology nurses* care for patients with ear, nose, and throat disorders, such as cleft palates, allergies, and sinus disorders. *Respiratory nurses* provide care to patients with respiratory disorders such as asthma, tuberculosis, and cystic fibrosis. *Urology nurses* care for patients with disorders of the kidneys, urinary tract, and male reproductive organs, including infections, kidney and bladder stones, and cancers.

RNs who specialize by population provide preventive and acute care in all healthcare settings to the segment of the population in which they specialize, including newborns (neonatology), children and adolescents (pediatrics), adults, and the elderly (gerontology or geriatrics). RNs also may provide basic healthcare to patients outside of healthcare settings in such venues as including correctional facilities, schools, summer camps, and the military. Some RNs travel around the United States and throughout the world providing care to patients in areas with shortages of healthcare workers.

Most RNs work as staff nurses as members of a team providing critical healthcare. However, some RNs choose to become advanced practice nurses, who work independently or in collaboration with physicians, and may focus on the provision of primary care services. *Clinical nurse specialists* provide direct patient care and expert consultations in one of many nursing specialties, such as psychiatric-mental health. *Nurse anesthetists* provide anesthesia and related care before and after surgical, therapeutic, diagnostic and obstetrical procedures. They also provide pain management and emergency services, such as airway management. *Nurse-midwives* provide primary care to women, including gynecological exams, family planning advice, prenatal care, assistance in labor and delivery, and neonatal care. *Nurse practitioners* serve as primary and specialty care providers, providing a blend of nursing and healthcare services to patients and families. The most common specialty areas for nurse practitioners are family practice, adult practice, women's health, pediatrics, acute care, and geriatrics.

However, there are a variety of other specialties that nurse practitioners can choose, including neonatology and mental health. Advanced practice nurses can prescribe medications in all States and in the District of Columbia.

Some nurses have jobs that require little or no direct patient care, but still require an active RN license. *Forensics nurses* participate in the scientific investigation and treatment of abuse victims, violence, criminal activity, and traumatic accident. *Infection control nurses* identify, track, and control infectious outbreaks in healthcare facilities and develop programs for outbreak prevention and response to biological terrorism. *Nurse educators* plan, develop, implement, and evaluate educational programs and curricula for the professional development of student nurses and RNs. *Nurse informaticists* manage and communicate nursing data and information to improve decision making by consumers, patients, nurses, and other healthcare providers. RNs also may work as healthcare consultants, public policy advisors, pharmaceutical and medical supply researchers and salespersons, and medical writers and editors.

***Work environment.*** Most RNs work in well-lit, comfortable healthcare facilities. Home health and public health nurses travel to patients' homes, schools, community centers, and other sites. RNs may spend considerable time walking, bending, stretching, and standing. Patients in hospitals and nursing care facilities require 24-hour care; consequently, nurses in these institutions may work nights, weekends, and holidays. RNs also may be on call—available to work on short notice. Nurses who work in offices, schools, and other settings that do not provide 24-hour care are more likely to work regular business hours. About 20 percent of RNs worked part time in 2008.

RNs may be in close contact with individuals who have infectious diseases and with toxic, harmful, or potentially hazardous compounds, solutions, and medications. RNs must observe rigid, standardized guidelines to guard against disease and other dangers, such as those posed by radiation, accidental needle sticks, chemicals used to sterilize instruments, and anesthetics. In addition, they are vulnerable to back injury when moving patients.



*Registered nurses teach patients and their families how to manage their illness or injury.*

## Training, Other Qualifications, and Advancement   <span>About this section ↩</span>

The three typical educational paths to registered nursing are a bachelor's degree, an associate degree, and a diploma from an approved nursing program. Nurses most commonly enter the occupation by completing an associate degree or bachelor's degree program. Individuals then must complete a national licensing examination in order to obtain a nursing license. Advanced practice nurses—clinical

Case: 10-34515    Doc# 36    Filed: 06/17/11    Entered: 06/17/11 11:52:18    Page 11 of
26

nurse specialists, nurse anesthetists, nurse-midwives, and nurse practitioners—need a master's degree.

*Education and training.* There are three typical educational paths to registered nursing—a bachelor's of science degree in nursing (BSN), an associate degree in nursing (ADN), and a diploma. BSN programs, offered by colleges and universities, take about 4 years to complete. ADN programs, offered by community and junior colleges, take about 2 to 3 years to complete. Diploma programs, administered in hospitals, last about 3 years. Generally, licensed graduates of any of the three types of educational programs qualify for entry-level positions as a staff nurse. There are hundreds of registered nursing programs that result in an ADN or BSN; however, there are relatively few diploma programs.

Individuals considering a career in nursing should carefully weigh the advantages and disadvantages of enrolling in each type of education program. Advancement opportunities may be more limited for ADN and diploma holders compared to RNs who obtain a BSN or higher. Individuals who complete a bachelor's degree receive more training in areas such as communication, leadership, and critical thinking, all of which are becoming more important as nursing practice becomes more complex. Additionally, bachelor's degree programs offer more clinical experience in nonhospital settings. A bachelor's or higher degree is often necessary for administrative positions, research, consulting, and teaching

Many RNs with an ADN or diploma later enter bachelor's degree programs to prepare for a broader scope of nursing practice. Often, they can find an entry-level position and then take advantage of tuition reimbursement benefits to work toward a BSN by completing an RN-to-BSN program. Accelerated master's degree in nursing (MSN) programs also are available. They typically take 3-4 years to complete full time and result in the award of both the BSN and MSN.

There are education programs available for people interested in switching to a career in nursing as well. Individuals who already hold a bachelor's degree in another field may enroll in an accelerated BSN program. Accelerated BSN programs last 12 to 18 months and provide the fastest route to a BSN for individuals who already hold a degree. MSN programs also are available for individuals who hold a bachelor's or higher degree in another field; master's degree programs usually last 2 years.

All nursing education programs include classroom instruction and supervised clinical experience in hospitals and other healthcare facilities. Students take courses in anatomy, physiology, microbiology, chemistry, nutrition, psychology and other behavioral sciences, and nursing. Coursework also includes the liberal arts for ADN and BSN students.

Supervised clinical experience is provided in hospital departments such as pediatrics, psychiatry, maternity, and surgery. A number of programs include clinical experience in nursing care facilities, public health departments, home health agencies, and ambulatory clinics.

*Licensure and certification.* In all States, the District of Columbia, and U.S. territories, students must graduate from an approved nursing program and pass a national licensing examination, known as the National Council Licensure Examination, or NCLEX-RN, in order to obtain a nursing license. Other eligibility requirements for licensure vary by State. Contact your State's board of nursing for details.

*Other qualifications.* Nurses should be caring, sympathetic, responsible, and detail oriented. They must be able to direct or supervise others, correctly assess patients' conditions, and determine when consultation is required. They need emotional stability to cope with human suffering, emergencies, and other stresses.

RNs should enjoy learning because continuing education credits are required by some States and/or employers at regular intervals. Career-long learning is a distinct reality for RNs.

Some nurses may become credentialed in specialties such as ambulatory care, gerontology, informatics, pediatrics, and many others. Credentialing for RNs is available from the American Nursing Credentialing

Center, the National League for Nursing, and many others. Although credentialing is usually voluntary, it demonstrates adherence to a higher standard and some employers may require it.

***Advancement.*** Most RNs begin as staff nurses in hospitals and, with experience and good performance, often move to other settings or are promoted to positions with more responsibility. In management, nurses can advance from assistant unit manager or head nurse to more senior-level administrative roles of assistant director, director, vice president, or chief of nursing. Increasingly, management-level nursing positions require a graduate or an advanced degree in nursing or health services administration. Administrative positions require leadership, communication and negotiation skills, and good judgment.

Some RNs choose to become advanced practice nurses, who work independently or in collaboration with physicians, and may focus on providing primary care services. There are four types of advanced practice nurses: clinical nurse specialists, nurse anesthetists, nurse-midwives, and nurse practitioners. Clinical nurse specialists provide direct patient care and expert consultations in one of many nursing specialties, such as psychiatric-mental health. Nurse anesthetists provide anesthesia and related care before and after surgical, therapeutic, diagnostic, and obstetrical procedures. They also provide pain management and emergency services, such as airway management. Nurse-midwives provide primary care to women, including gynecological exams, family planning advice, prenatal care, assistance in labor and delivery, and neonatal care. Nurse practitioners serve as primary and specialty care providers, providing a blend of nursing and healthcare services to patients and families.

All four types of advanced practice nurses require at least a master's degree. In addition, all States specifically define requirements for registered nurses in advanced practice roles. Advanced practice nurses may prescribe medicine, but the authority to prescribe varies by State. Contact your State's board of nursing for specific regulations regarding advanced practice nurses.

Some nurses move into the business side of healthcare. Their nursing expertise and experience on a healthcare team equip them to manage ambulatory, acute, home-based, and chronic care businesses. Employers—including hospitals, insurance companies, pharmaceutical manufacturers, and managed care organizations, among others—need RNs for health planning and development, marketing, consulting, policy development, and quality assurance. Other nurses work as college and university faculty or conduct research.

## Employment

About this section

As the largest healthcare occupation, registered nurses held about 2.6 million jobs in 2008. Hospitals employed the majority of RNs, with 60 percent of such jobs. About 8 percent of jobs were in offices of physicians, 5 percent in home healthcare services, 5 percent in nursing care facilities, and 3 percent in employment services. The remainder worked mostly in government agencies, social assistance agencies, and educational services.

## Job Outlook

About this section

Overall job opportunities for registered nurses are expected to be excellent, but may vary by employment and geographic setting. Some employers report difficulty in attracting and retaining an adequate number of RNs. Employment of RNs is expected to grow much faster than the average and, because the occupation is very large, 581,500 new jobs will result, among the largest number of new jobs for any occupation. Additionally, hundreds of thousands of job openings will result from the need to replace experienced nurses who leave the occupation.

***Employment change.*** Employment of registered nurses is expected to grow by 22 percent from 2008

to 2018, much faster than the average for all occupations. Growth will be driven by technological advances in patient care, which permit a greater number of health problems to be treated, and by an increasing emphasis on preventive care. In addition, the number of older people, who are much more likely than younger people to need nursing care, is projected to grow rapidly.

However, employment of RNs will not grow at the same rate in every industry. The projected growth rates for RNs in the industries with the highest employment of these workers are:

| Industry | Percent |
|---|---|
| Offices of physicians | 48 |
| Home health care services | 33 |
| Nursing care facilities | 25 |
| Employment services | 24 |
| Hospitals, public and private | 17 |

Employment is expected to grow more slowly in hospitals—healthcare's largest industry—than in most other healthcare industries. While the intensity of nursing care is likely to increase, requiring more nurses per patient, the number of inpatients (those who remain in the hospital for more than 24 hours) is not likely to grow by much. Patients are being discharged earlier, and more procedures are being done on an outpatient basis, both inside and outside hospitals. Rapid growth is expected in hospital outpatient facilities, such as those providing same-day surgery, rehabilitation, and chemotherapy.

More and more sophisticated procedures, once performed only in hospitals, are being performed in physicians' offices and in outpatient care centers, such as freestanding ambulatory surgical and emergency centers. Accordingly, employment is expected to grow fast in these places as healthcare in general expands.

Employment in nursing care facilities is expected to grow because of increases in the number of older persons, many of whom require long-term care. Many elderly patients want to be treated at home or in residential care facilities, which will drive demand for RNs in those settings. The financial pressure on hospitals to discharge patients as soon as possible should produce more admissions to nursing and residential care facilities and referrals to home healthcare. Job growth also is expected in units that provide specialized long-term rehabilitation for stroke and head injury patients, as well as units that treat Alzheimer's victims.

Employment in home healthcare is expected to increase in response to the growing number of older persons with functional disabilities, consumer preference for care in the home, and technological advances that make it possible to bring increasingly complex treatments into the home. The type of care demanded will require nurses who are able to perform complex procedures.

***Job prospects.*** Overall job opportunities are expected to be excellent for registered nurses. Employers in some parts of the country and in certain employment settings report difficulty in attracting and retaining an adequate number of RNs, primarily because of an aging RN workforce and a lack of younger workers to fill positions. Qualified applicants to nursing schools are being turned away because of a shortage of nursing faculty. The need for nursing faculty will only increase as many instructors near retirement. Despite the slower employment growth in hospitals, job opportunities should still be excellent because of the relatively high turnover of hospital nurses. To attract and retain qualified nurses, hospitals may offer signing bonuses, family-friendly work schedules, or subsidized training. Although faster employment growth is projected in physicians' offices and outpatient care centers, RNs may face greater competition for these positions because they generally offer regular working hours and more comfortable working environments. Generally, RNs with at least a bachelor's degree will have better job prospects than those without a bachelor's. In addition, all four advanced practice specialties—clinical nurse specialists, nurse practitioners, nurse-midwives, and nurse anesthetists—will be in high demand, particularly in medically underserved areas such as inner cities and rural areas. Relative to

Case: 10-34515     Doc# 36     Filed: 06/17/11     Entered: 06/17/11 11:52:18     Page 14 of
26

physicians, these RNs increasingly serve as lower-cost primary care providers.

## Projections Data

About this section ↓

### Projections data from the National Employment Matrix

| Occupational Title | SOC Code | Employment, 2008 | Projected Employment, 2018 | Change, 2008-18 | | Detailed Statistics | |
|---|---|---|---|---|---|---|---|
| | | | | Number | Percent | | |
| Registered nurses | 29-1111 | 2,618,700 | 3,200,200 | 581,500 | 22 | [PDF] | [XLS] |

NOTE: Data in this table are rounded. See the discussion of the employment projections table in the *Handbook* introductory chapter on *Occupational Information Included in the Handbook*.

## Earnings

About this section ↓

Median annual wages of registered nurses were $62,450 in May 2008. The middle 50 percent earned between $51,640 and $76,570. The lowest 10 percent earned less than $43,410, and the highest 10 percent earned more than $92,240. Median annual wages in the industries employing the largest numbers of registered nurses in May 2008 were:

| | |
|---|---|
| Employment services | $68,160 |
| General medical and surgical hospitals | 63,880 |
| Offices of physicians | 59,210 |
| Home health care services | 58,740 |
| Nursing care facilities | 57,060 |

Many employers offer flexible work schedules, child care, educational benefits, and bonuses. About 21 percent of registered nurses are union members or covered by union contract.

---

**FOR THE LATEST WAGE INFORMATION:**

THE ABOVE WAGE DATA ARE FROM THE OCCUPATIONAL EMPLOYMENT STATISTICS (OES) SURVEY PROGRAM, UNLESS OTHERWISE NOTED. FOR THE LATEST NATIONAL, STATE, AND LOCAL EARNINGS DATA, VISIT THE FOLLOWING PAGES:

- REGISTERED NURSES

---

## Related Occupations

About this section ↓

Because of the number of specialties for registered nurses, and the variety of responsibilities and duties, many other healthcare occupations are similar in some aspects of their job. Some healthcare occupations with similar levels of responsibility that work under the direction of physicians or dentists are:

Dental hygienists

Diagnostic medical sonographers

Emergency medical technicians and paramedics

Licensed practical and licensed vocational nurses

**Form 1040** Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2010** (99) IRS Use Only — Do not write or staple in this space.

| | | |
|---|---|---|
| For the year Jan 1 - Dec 31, 2010, or other tax year beginning , 2010, ending , 20 | | OMB No. 1545-0074 |

**Name, Address, and SSN**

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| Ricardo | U | Tolentino | ▓▓▓▓▓ |

| If a joint return, spouse's first name | MI | Last name | Spouse's social security number |
|---|---|---|---|
| Josephine | | Tolentino | ▓▓▓▓▓ |

See separate instructions.

Home address (number and street). If you have a P.O. box, see instructions.  Apartment no.

2616 Tipperary Ave.

Make sure the SSN(s) ▲ above and on line 6c are correct.

City, town or post office. If you have a foreign address, see instructions.   State  ZIP code

South San Francisco   CA  94080

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund?.... ► ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 ☒ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ...........
b ☒ Spouse

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ | Daughter | ☐ |
| ▓▓▓▓▓ | ▓▓▓▓▓ | Daughter | ☐ |
| | | | ☐ |
| | | | ☐ |

• No. of children on 6c who:
• lived with you **2**
• did not live with you due to divorce or separation (see instrs)
• Dependents on 6c not entered above

If more than four dependents, see instructions and check here ... ► ☐

Add numbers on lines above ► **4**

d Total number of exemptions claimed ....................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ................... | 7 | 115,989. |
| 8a | Taxable interest. Attach Schedule B if required ................. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ......... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ............. | 9a | |
| b | Qualified dividends ......... 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes ..... | 10 | 0. |
| 11 | Alimony received ........................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ.......... | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here .... ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ............... | 14 | -159,236. |
| 15a | IRA distributions ......... 15a | b Taxable amount .......... 15b | |
| 16a | Pensions and annuities ... 16a | b Taxable amount .......... 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | 145,884. |
| 18 | Farm income or (loss). Attach Schedule F................. | 18 | |
| 19 | Unemployment compensation ..................... | 19 | |
| 20a | Social security benefits ... 20a | b Taxable amount .......... 20b | |
| 21 | Other income SEE STATEMENT L21 | 21 | 7,730. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ....... ► | 22 | 110,367. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses .................... | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ............ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889........ | 25 | |
| 26 | Moving expenses. Attach Form 3903 ............ | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE .... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans .... | 28 | |
| 29 | Self-employed health insurance deduction ......... | 29 | |
| 30 | Penalty on early withdrawal of savings ......... | 30 | |
| 31a | Alimony paid b Recipient's SSN ... ► | 31a | |
| 32 | IRA deduction ........................ | 32 | |
| 33 | Student loan interest deduction ............ | 33 | |
| 34 | Tuition and fees. Attach Form 8917 ......... 34 | 3,500. | |
| 35 | Domestic production activities deduction. Attach Form 8903 ... | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 ................. | 36 | 3,500. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income .......... ► | 37 | 106,867. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. FDIA0112 12/22/10 Form **1040** (2010)

Exhibit 2

0027923416

 

**WACHOVIA**

**You may be able to make your payments more affordable!**
**Call 1.888.565.1422 for Immediate Assistance.**

June 3, 2010
RICARDO U TOLENTINO                    Loan #: 0027923416
JOSEPHINE TOLENTINO
2616 TIPPERARY AVE
S SAN FRAN, CA 94080-5356

**Dear  RICARDO U TOLENTINO** and JOSEPHINE TOLENTINO:

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification
Program. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter
so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do...**
To accept this offer, you must make new monthly "trial period payments" in place of your normal monthly
mortgage payment. <u>Send your monthly trial period payments—instead of your normal monthly mortgage
payment—as follows:</u>

> 1st payment:  $ 3,559.09 due by 7/1/2010
> 2nd payment:  $ 3,559.09 due by 8/1/2010
> 3rd payment:  $ 3,559.09 due by 9/1/2010

After all trial period payments are timely made and you have submitted all the required documents, your mortgage
would then be permanently modified. (Your existing loan and loan requirements remain in effect and unchanged
during the trial period.) If each payment is not received by Wachovia Mortgage in the month in which is due, this
offer will end and your loan will not be modified under the Making Home Affordable program.

If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your
home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at **1.888.565.1422**
as we may be able to help you. (Also, please review the attached "Frequently Asked Questions")

Exhibit 3

Farmers Agency Dashboard

advanced search 

**Express** | Change

Find a Customer: Name or Policy #    e-CMS

**Billing Summary** ⑦



Billing Summary                · ◉

Select to View History   **CURRENT**              · ◉

Billing Summary | Statement History | Transaction/Premium Breakdown | Account Information | Policy Billing History | Installment
Schedule | Additional Information | Billing Comments | Automatic EFT Information | Automatic Credit/Debit Card Information

JOSEPHINE TOLENTINO                                                                                **96-88-320**

### Billing Information                                                                              ⑦

| | | | | |
|---|---|---|---|---|
| Account Number: A125676163 | **Last Notice** | | **Next Notice** | 2616 TIPPERARY AVE |
| | Type: | Monthly EFT Statement 📧 | Type: **Statement** | S SAN FRN,CA 94080-5356 |
| Payment Due: $0.00 | | | Scheduled Date: 03/31/2011 | **RJAJORIC@YAHOO.COM** |
| Account Balance: $733.76 | Processed: 03/01/2011 | | | 650-589-4717 |
| Pay Plan: Monthly EFT | Due Date: 03/20/2011 | | | |
| | Amount: $160.21 | | | |

Status :Active

☐ Apply Payment

☐ Additional Information

#### Payment History/Refund History                                                                 ⑦

| Processed Date | Receipt Date | Payment Type | Amount |
|---|---|---|---|
| 03/20/2011 | 03/20/2011 | Automatic Payment - (EFT) | $-160.21 |
| 02/20/2011 | 02/20/2011 | Automatic Payment - (EFT) | $-160.21 |
| 01/20/2011 | 01/20/2011 | Automatic Payment - (EFT) | $-64.97 |

#### Policies on this Account                                                                        ⑦

| Policy | Product | Term | Description | Renewal Date | Term Premium | Status | Unpaid Earned Premium | |
|---|---|---|---|---|---|---|---|---|
| 186321781 | Auto | 12 | 2001 MERCEDES-BENZ 320 C 1995 TOYOTA CAMRY LE/XLE/SE 4D | 09/20/2011 | $1097.50 | Active | $0.00 | View Policy Billing History |
| 189151195 | Auto | 12 | 1996 TOYOTA 4-RUNNER SR5/SPORT 2WD V6 | 08/18/2011 | $684.90 | Active | $0.00 | View Policy Billing History |

#### Auto Home Policies and Billing Accounts in this Household                                       ⑦

**Active    Inactive    All**

| Account/Policy | LOB | Description | Pay Plan | Status | Payment Due | Account Balance | Due Date |
|---|---|---|---|---|---|---|---|
| 939292592 | Home | 2616 TIPPERARY AVE SSF, CA 94080-53561635356163 | Full/Two Pay | Active | $0.00 | $0.00 | |
| A125676163 | | | Monthly EFT | Active | $0.00 | $733.76 | 03/20/2011 |

[View Billing Details]  [View Policy Details]  [Change Pay Plan]

03/28/2011
Household No: 1963616928

© 2010 Farmers Insurance · All Rights Reserved
2011.03.00.014

Back to Top
Trans Time: 2011-03-28-13.25.18.582590

**Exhibit 4**

Case: 10-34515   Doc# 36   Filed: 06/17/11   Entered: 06/17/11 11:52:18   Page 18 of
26

https://eagent.farmersinsurance.com/PLA/eAgent/eAutoTwo/view/info/householdbillingex...   3/28/2011



**PG&E** Pacific Gas and Electric Company

WE DELIVER ENERGY.

9990825336788900000039986000005741O

| Account Number | Bill Date | Amount Due | Amount Enclosed |
|---|---|---|---|
| 8253367889-0 | 01/05/2011 | **$574.10** | |

7788.16.349.74973 1 AV 0.335

||l||l||l₁₁l₁l₁l||₁l₁l₁l||l₁|l₁₁₁l₁l₁₁₁ll₁ll₁l₁ll₁₁l₁l|₁l₁

JOSEPHINE L TOLENTINO
2616 TIPPERARY AVE
SOUTH SAN FRANCISCO CA 94080-5356

PG&E
BOX 997300
SACRAMENTO CA
95899-7300

200.0006

Please return this portion with your payment. Thank you.  Q

**Telephone Assistance**
1-800-743-5000
Assistance is available by
telephone 24 hours per day,
7 days per week.

**Local Office Address**
275 INDUSTRIAL RD
SAN CARLOS CA 94070

**Account Number**
8253367889-0

January 2011

### ACCOUNT SUMMARY

| Service | Service Dates | Amount |
|---|---|---|
| Gas | 12/04/2010 To 01/03/2011 | $274.65 |
| Electric | 12/04/2010 To 01/03/2011 | 107.05 |
| Energy Commission Tax | | 0.14 |
| Gas PPP Surcharge | | 18.02 |
| Current Charges Due 01/26/2011 | | $399.86 |
| Previous Balance | | 374.24 |
| 12/29 Payment - Thank You | | 200.00- |

| **TOTAL AMOUNT DUE** | **$574.10** |
|---|---|

Your bill includes a Gas Public Purpose Program (PPP) Surcharge, which is used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

The California Alternate Rates for Energy (CARE) Program provides a monthly discount on energy bills for income-qualified households. Applying is free, easy and confidential. To see if you qualify, please visit www.pge.com/care or call 1-866-743-2273.

El programa de California Alternate Rates for Energy (CARE) ofrece un descuento en la cuenta mensual de energía a los hogares que califican. Inscribirse en el programa es gratis, fácil y confidencial. Para determinar si califica, por favor visite nuestra página en el Internet www.pge.com/care o llaménos al 1-866-743-2273.

Be winter-wise! Cold weather can triple heating use; fewer daylight hours can increase lighting use by a third. Spending more time indoors and billing periods with 5 weekends can also cause higher bills. To save money, set heaters lower and turn lights off when not needed.

**Moving? Please call PG&E customer service at 1-800-PGE-5000 to notify us of your new mailing address.**




Recycled Paper
30% Post-Consumer Waste

Form 01-6630 9/93


Exhibit 5

PG&E
Pacific Gas and
Electric Company™   WE DELIVER ENERGY.

**99908253367889000000310370000088447**

| Account Number | Bill Date | Amount Due | Amount Enclosed |
|---|---|---|---|
| 8253367889-0 | 02/03/2011 | **$884.47** | |

7864.17.390.89780 1 AV 0.335

JOSEPHINE L TOLENTINO
2616 TIPPERARY AVE
SOUTH SAN FRANCISCO CA 94080-5356

PG&E
BOX 997300
SACRAMENTO CA
95899-7300

200.0030

*Please return this portion with your payment. Thank you.*

Telephone Assistance
1-800-743-5000
Assistance is available by
telephone 24 hours per day,
7 days per week.

Local Office Address
275 INDUSTRIAL RD
SAN CARLOS CA 94070

Account Number
8253367889-0

February 2011

## ACCOUNT SUMMARY

| Service | Service Dates | Amount |
|---|---|---|
| Gas | 01/04/2011 To 02/02/2011 | $221.52 |
| Electric | 01/04/2011 To 02/02/2011 | 72.83 |
| Energy Commission Tax | | 0.14 |
| Gas PPP Surcharge | | 15.88 |
| Current Charges Due 02/24/2011 | | $310.37 |
| Previous Balance | | 574.10 |
| No Payment Received by 02/03/2011 | | |

| TOTAL AMOUNT DUE | $884.47 |
|---|---|

Your bill includes a Gas Public Purpose Program (PPP) Surcharge, which is used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

The Family Electric Rate Assistance (FERA) program provides a monthly discount on electric bills for income-qualified households of three or more persons. Applying is free, easy and confidential. To see if you qualify, please visit www.pge.com/fera or call 1-800-743-5000.

El programa de Family Electric Rate Assistance (FERA) proporciona ahorros en la cuenta eléctrica de hogares grandes, de tres o más personas, de ingresos bajos y medianos. Inscribirse en el programa es gratis, fácil y confidencial. Para determinar si califica, por favor visite nuestra página en el Internet www.pge.com/fera o llaménos al 1-800-743-5000.

You may qualify for a monthly discount with the CARE Program. Apply online at www.pge.com/care.

Always play it safe around power lines. Keep yourself, tools, equipment and antennas at least 10 feet away from overhead lines. If you see a downed wire, keep yourself and others away and then call PG&E or 9-1-1 immediately. Keep off utility poles and towers.

For your convenience, PG&E offers four-hour appointment scheduling for service visits. If you have special scheduling needs, be sure to let us know when you call.


Case: 10-34515   Doc# 36   Filed: 06/17/11   Entered: 06/17/11 11:52:18   Page 20 of

Page 1 of 4

Recycled Paper
30% Post-Consumer Waste

Form 01-6630 9/98



**Pacific Gas and Electric Company**                                    **48-Hour Notice**

990825336788900000026420000037424

| Account Number | Service To | Amount Due | Due Date |
|---|---|---|---|
| 8253367889-0 | 12/03/2010 | $374.24 | 01/03/2011 |

7759.4.75.19397 1 AT 0.357

JOSEPHINE L TOLENTINO
2616 TIPPERARY AVE
SOUTH SAN FRANCISCO CA 94080-5356

Please return this portion with your payment. Thank you.

## 48-Hour Notice

Questions? Contact us at
1-800-743-5000.

Assistance is available by
telephone 24 hours per
day, 7 days per week.

The local office address for
your area is:

275 INDUSTRIAL RD
SAN CARLOS CA 94070



2616 TIPPERARY AVE
SOUTH SAN FRANCISCO CA 94080

| Account Number | Service To |
|---|---|
| 8253367889-0 | 12/03/2010 |

| Past Due | Due Date |
|---|---|
| $110.04 | 01/03/2011 |

| Current Due | Total Due |
|---|---|
| $264.20 | $374.24 |

| Amount Due |
|---|
| $374.24 |

# PAST DUE

Dear Customer.

This is just a friendly reminder. This is not a new bill but a request for payment of services previously billed. Your utility service is scheduled to be shut off if the past due amount is not received on or before **01/03/2011**. If full payment has already been made or a payment arrangement established, thank you, and please disregard this notice.

To avoid termination, payment can be made at any of our local offices (your local office location is shown above the PG&E logo), a Neighborhood Payment Center (NPC)* or by phone, but **not by mail**. To pay by phone using an ATM/debit card with the STAR, ACCEL, PULSE or NYCE symbol or by electronic check, call 1-866-735-7742 at any time. You will be charged a small convenience fee for each transaction. PG&E will determine how payments are applied.

If you are unable to make your payment, you may qualify for a payment arrangement or other type of assistance program. To make a payment arrangement or learn more about our other assistance programs, please call 1-800-743-5000. If a payment arrangement is made but not kept, your service may be shut off without further notice.

Please see important customer information on the back of this notice.

* You must bring a copy of your PG&E bill with you. After full payment is made, call us at 1-877-PGE-5950. Have your NPC receipt available.
**Reconnect fees for each gas and/or electric service (must be paid prior to reconnection) are:

| | | |
|---|---|---|
| $25.00 | If bill is paid and PG&E is contacted | Monday-Friday before 3pm for same-day restoration |
| $20.00 | CARE Customer | Monday-Saturday after 3pm for next business day (M-F) restoration |
| | | Sundays and Holidays for next business day (M-F) restoration |
| $37.50 | If bill is paid and PG&E is contacted | Monday-Friday between 3pm and 5pm for same day or Saturday restoration |
| $30.00 | CARE Customer | Saturday before 3pm for same day restoration |

In addition, PG&E may charge and collect any unusual costs associated with the termination or restoration of service (Electric and Gas Rule 11).



 Recycled Paper

THIS BILL IS NOW DUE AND PAYABLE.



| Telephone Assistance |
| --- |
| 1-800-743-5000 |

Assistance is available by
telephone 24 hours per day,
7 days per week.

| Local Office Address |
| --- |
| 275 INDUSTRIAL RD
SAN CARLOS CA 94070 |

| Account Number |
| --- |
| 8253367889-0 |

March 2011

## ACCOUNT SUMMARY

| Service | Service Dates | Amount |
| --- | --- | --- |
| Gas | 02/03/2011 To 03/04/2011 | $130.52 |
| Electric | 02/03/2011 To 03/04/2011 | 65.36 |
| Energy Commission Tax | | 0.13 |
| Gas PPP Surcharge | | 9.24 |
| Current Charges Due 03/28/2011 | | $205.25 |
| Previous Balance | | 884.47 |
| 02/08 Payment - Thank You | | 201.00- |

| TOTAL AMOUNT DUE | $888.72 |
| --- | --- |

*Handwritten notes:*
Saved 373 - not
not reflected
3-30-2011

888,72
373
515

Your bill includes a Gas Public Purpose Program (PPP) Surcharge, which is used to fund state-mandated gas assistance
programs for low-income customers, energy efficiency programs, and public-interest research and development.

You may qualify for a monthly discount with the CARE Program   Apply online at www.pge.com/care.




Recycled Paper
30% Post-Consumer Waste

Form 01-6630 9/98

JOSEPHINE L TOLENTINO
2616 TIPPERARY AVE
SOUTH SAN FRANCISCO CA 94080

## GAS ACCOUNT DETAIL

Service ID #:        8253367010
Rate Schedule:    G1 T Residential Service
Billing Days:        30 days

| Serial | Meter # | Prior Meter Read | Current Meter Read | Difference | Multiplier | Usage |
|---|---|---|---|---|---|---|
| H | 35874058 | 8,229 | 8,415 | 186 | 1.017504 | 189 Therms |

### Charges

**01/04/2011 - 01/31/2011**                                                $205.73   ○

Gas Charges

| | | |
|---|---|---|
| Baseline Quantity | 50.12000 Therms | |
| Baseline Usage | 50.12000 Therms @ | $0.98055 |
| Over Baseline Usage | 126.28000 Therms @ | $1.23994 |

Net Charges                                                                              $205.73

*PG&E's Gas Procurement Cost (Rate Schedule G-CP) is $0.54823 / therm*

### Taxes and Other

Gas PPP Surcharge ($0.08400 / therm)                                  $14.82

### Charges

**02/01/2011 - 02/02/2011**                                                $15.79

Gas Charges

| | | |
|---|---|---|
| Baseline Quantity | 3.58000 Therms | |
| Baseline Usage | 3.58000 Therms @ | $1.06707 |
| Over Baseline Usage | 9.02000 Therms @ | $1.32646 |

Net Charges                                                                                $15.79

*PG&E's Gas Procurement Cost (Rate Schedule G-CP) is $0.63475 / therm*

### Taxes and Other

Gas PPP Surcharge ($0.08400 / therm)                                   $1.06

## TOTAL CHARGES                                                              $237.40

| Usage Comparison | Days Billed | Therms Billed | Therms per Day |
|---|---|---|---|
| This Year | 30 | 189 | 6.3 |
| Last Year | 33 | 0 | 0.0 |

Save gas and earn extra cash. PG&E's Winter Gas Savings program will give you up to a 20% credit when you cut back on gas usage this January and February. It's easy. In fact, you're automatically enrolled. Here's a simple tip for you to get started: Keeping your thermostat under 70° can save you big on gas this winter. Find out more ways to conserve gas and earn extra cash, visit www.pge.com/wintergassavings.

## ELECTRIC ACCOUNT DETAIL

Service ID #:        8253367427
Rate Schedule:    E1 TB Residential Service
Billing Days:        30 days

| Serial | Rotating Outage Blk | Meter # | Prior Meter Read | Current Meter Read | Difference | Meter Constant | Usage |
|---|---|---|---|---|---|---|---|
| H | 10A | 1003747838 | 4,365 | 4,835 | 470 | 1 | 470 Kwh |

8253367889-0

Case: 10-34515    Doc# 36    Filed: 06/17/11    Entered: 06/17/11 11:Page 3 of 4 Page 23 of 26

Recycled Paper

Form 01-6630 9/98

JOSEPHINE L TOLENTINO
2616 TIPPERARY AVE
SOUTH SAN FRANCISCO CA 94080

## GAS ACCOUNT DETAIL

| Service ID #: | 8253367010 |
| Rate Schedule: | G1 T Residential Service |
| Billing Days: | 31 days |

| Serial | Meter # | Prior Meter Read | Current Meter Read | Difference | Multiplier | Usage |
|--------|---------|------------------|--------------------|-----------|-----------|-------|
| H | 35874058 | 7,999 | 8,229 | 230 | 1.014700 | 233 Therms |

### Charges

**12/04/2010 - 12/31/2010**

| | | | |
|---|---|---|---|
| Gas Charges | | $248.09 | O |
| Baseline Quantity | 50.12000 Therms | | |
| Baseline Usage | 50.12000 Therms @ | $0.97582 | |
| Over Baseline Usage | 160.33161 Therms @ | $1.24228 | |
| Net Charges | | | $248.09 |

*PG&E's Gas Procurement Cost (Rate Schedule G-CP) is $0.53171 / therm*

### Taxes and Other

| Gas PPP Surcharge ($0.07664 / therm) | $16.13 |
|---|---|

### Charges

**01/01/2011 - 01/03/2011**

| | | | |
|---|---|---|---|
| Gas Charges | | $26.56 | |
| Baseline Quantity | 5.37000 Therms | | |
| Baseline Usage | 5.37000 Therms @ | $0.98055 | |
| Over Baseline Usage | 17.17839 Therms @ | $1.23994 | |
| Net Charges | | | $26.56 |

*PG&E's Gas Procurement Cost (Rate Schedule G-CP) is $0.54823 / therm*

### Taxes and Other

| Gas PPP Surcharge ($0.08400 / therm) | $1.89 |
|---|---|

### TOTAL CHARGES

**$292.67** ✳

| Usage Comparison | Days Billed | Therms Billed | Therms per Day |
|---|---|---|---|
| This Year | 31 | 233 | 7.5 |
| Last Year | 29 | 0 | 0.0 |

Save gas and earn extra cash. PG&E's Winter Gas Savings program will give you up to a 20% credit when you cut back on gas usage this January and February. It's easy. In fact, you're automatically enrolled. Here's a simple tip for you to get started: Keeping your thermostat under 70° can save you big on gas this winter. Find out more ways to conserve gas and earn extra cash, visit www.pge.com/wintergassavings.

## ELECTRIC ACCOUNT DETAIL

| Service ID #: | 8253367427 |
| Rate Schedule: | E1 TB Residential Service |
| Billing Days: | 31 days |

| Serial | Rotating Outage Blk | Meter # | Prior Meter Read | Current Meter Read | Difference | Meter Constant | Usage |
|--------|---------------------|---------|------------------|--------------------|-----------|----------------|-------|
| H | 10A | 1003747838 | 3,768 | 4,365 | 597 | 1 | 597 Kwh |

Case: 10-34515   Doc# 36   Filed: 06/17/11   Entered: 06/17/11 11:52:18   Page 24 of
*Recycled Paper*
30% Post-Consumer Waste

Form 01-6630 9/98

PLACE
STAMP
HERE

Saned
Gasoline
Receipts   2011

Jan
Feb
Mar
April 1 - 5

Exhibit 6

279389 Costco 475
1600 El Camino Real
S. San Francisco, CA

Member# 111806260273
Invoice #      73976
Date         04/01/11
Time            10:11
Auth #        443545

DB Acct #
XXXXXXXXXXXX0642

Pump  Gallons  Price
 10   15.792 $ 3.919

Product        Amount
Unleaded       $ 61.89

Total Sale     $ 61.89

SALE - Card Swiped
APPROVED
TranID#109100940235

279389 Costco 475
1600 El Camino Real
S. San Francisco, CA

Member# 111806260273
Invoice #      86149
Date         04/04/11
Time            16:51
Auth #        008727

DB Acct #
XXXXXXXXXXXX0642

Pump  Gallons  Price
 14   7.597  $ 3.949

Product        Amount
Unleaded       $ 30.00

Total Sale     $ 30.00

SALE - Card Swiped
APPROVED

SAVED
GASOLINE
RECEIPTS
April / 2011
from April 1 - 5
$ 210.00

F5-A049

ribing information
ding Lactic Acidosis

```
279389 Costco 475
1600 El Camino Real
S. San Francisco, CA

Member# 111806260273
Invoice #      78866
Date        04/02/11
Time          14:10
Auth #       269649

DB Acct #
XXXXXXXXXXXXX3851

Pump  Gallons  Price
 15    14.382 $ 4.179

Product        Amount
Premium       $ 60.10

Total Sale    $ 60.10

SALE - Card Swiped
APPROVED
TranID#109200949354




We appreciate your
`ostco membership
```

```
279389 Costco 475
1600 El Camino Real
S. San Francisco, CA

Member# 111806260273
Invoice #      73233
Date        04/01/11
Time          06:46
Auth #       597470

DB Acct #
XXXXXXXXXXXXX0642

Pump  Gallons  Price
 12    15.159 $ 3.919

Product        Amount
Unleaded      $ 59.41

Total Sale    $ 59.41

SALE - Card Swiped
APPROVED
TranID#109100938797




We appreciate your
Costco membership
```